UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                       Criminal No. 07-cr-22-01-JD

<u>David Couture</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted.  Trial is also continued as to co-defendant Brandon Prewara unless an objection is filed on or before June 27, 2007.

Defendants shall file waivers of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              <u>/s/ Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  June 25, 2007

cc:   Jaye Rancourt, Esq.
      Patrick Richard, Esq.
      U.S. Marshal
      U.S. Probation
      Robert Veiga, Esq.